```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                       :
UNITED STATES OF AMERICA           :
                       :
                  Plaintiff,    :
                       :          20-CV-5179 (VEC)
              -against-       :
                       :            ORDER
$485,821.65 IN UNITED STATES        :
CURRENCY FORMERLY ON DEPOSIT  :
IN JPMORGAN CHASE BANK, N.A.,    :
ACCOUNT 209715972, HELD IN THE  :
NAME OF "RFTR CORPORATION,"    :
AND ALL FUNDS TRACEABLE          :
THERETO, and $434,122.61 IN UNITED :
STATES CURRENCY FORMERLY ON   :
DEPOSIT IN JPMORGAN CHASE BANK, :
N.A., ACCOUNT 519888635, HELD IN THE :
NAME OF "MOOSHAD CONSULTING   :
NYC, INC.," AND ALL FUNDS          :
TRACEABLE THERETO,                  :
                       :
                  Defendants-*in-rem*. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 17, 2021, the parties appeared for a teleconference;

       IT IS HEREBY ORDERED THAT:

1. The fact discovery deadline is extended to **November 1, 2021**. Any extension requests must be addressed and mailed to the Undersigned.

2. A conference will be held **in person** in Courtroom 443 on **November 5, 2021 at 10:00 a.m.**

3. Information regarding the *pro se* office is attached to this order.

The Clerk of Court is directed to mail a copy of this order to Mr. Arena.

**SO ORDERED.**

**Date: June 17, 2021**
    **New York, NY**

　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

# Notice For Pro Se Litigants



As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call **212-659-6190** and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.

