UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

     Plaintiff,

   -v.-

$485,821.65 IN UNITED STATES CURRENCY
FORMERLY ON DEPOSIT IN JPMORGAN
CHASE BANK, N.A., ACCOUNT 209715972,
HELD IN THE NAME OF "RFTR
CORPORATION," AND ALL FUNDS
TRACEABLE THERETO, and

$434,122.61 IN UNITED STATES CURRENCY
FORMERLY ON DEPOSIT IN JPMORGAN
CHASE BANK, N.A., ACCOUNT 519888635,
HELD IN THE NAME OF "MOOSHAD
CONSULTING NYC, INC.," AND ALL FUNDS
TRACEABLE THERETO,

     Defendants-*in-rem*.

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2021

**JUDGMENT OF FORFEITURE**

20 Civ. 5179 (VEC) (OTW)

  WHEREAS, on or about July 7, 2020, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the above-captioned Defendants-*in-rem* by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"), which alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 981(a)(1)(C);

  WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least thirty (30) consecutive days, beginning on July 11, 2020, through August 9, 2020, and proof of such publication was filed with the Clerk of this Court on September 23, 2021 (ECF No. 24);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture, the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem* within sixty (60) days from the first day of publication of the notice on the official government internet site;

WHEREAS, on or about August 11, 2020, the RFTR Corporation, Mooshad Consulting NYC, Inc., and Salvatore Arena (collectively, the "Claimants"), filed an Answer to the Verified Complaint (the "Answer") (ECF No. 4);

WHEREAS, on or about September 22, 2020, the Claimants filed a supplement to the Answer, which the Court construed as a claim pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture (the "Claim") (*see* ECF Nos. 6–9);

WHEREAS, on September 24, 2021, the Court entered a Stipulation and Order of Dismissal, which dismissed with prejudice Claimants' Answer and Claim (ECF No. 26); and

WHEREAS, no answers or claims, other than Claimants' dismissed Answer and Claim, have been filed or made in this action; no other parties have appeared to contest the action; and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem* according to law.

Dated: New York, New York
September 24 , 2021

                                    **SO ORDERED:**

                                    *[signature: Valerie Caproni]*
                                    **HONORABLE VALERIE E. CAPRONI**
                                    **UNITED STATES DISTRICT JUDGE**
                                    **SOUTHERN DISTRICT OF NEW YORK**